# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LISA MARIE RUDY,**

    **Plaintiff,**

**v.**                                                             **Case No:   6:15-cv-965-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **[UNOPPOSED] MOTION TO REMAND TO AGENCY (Doc. No. 19)**
>
> **FILED:**     **December 15, 2015**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

It is respectfully **RECOMMENDED** that the decision of the Commissioner be **REVERSED** under sentence four of 42 U.S.C. § 405(g) and the case be **REMANDED** to the Commissioner of Social Security for the following reasons:

> Upon remand, the Commissioner will proffer to Plaintiff a copy of the consultative examination report from July 2013 by Homi Cooper, M.D, prior to issuing a new decision. The Commissioner will also re-evaluate the medical evidence of record, specifically including the medical opinion evidence as required by the Commissioner's regulations, and issue a new decision. If needed, the Commissioner will obtain vocational expert testimony on Plaintiff's ability to perform other work existing in significant numbers in the national economy. Plaintiff will be given the

> opportunity to supplement the record and articulate the effects of her impairments on her ability to work prior to the Commissioner's new decision.

Doc. 19. If the Motion is granted, the Clerk of the Court should be directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Recommended in Orlando, Florida on December 16, 2015.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy