# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LISA MARIE RUDY,**

   **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No:　6:15-cv-965-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

   **Defendant.**

## ORDER

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S. C. §405(g), with Remand to the Defendant (Doc. No. 19) filed on December 15, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 16, 2015 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S. C. §405(g), with Remand to the Defendant is hereby GRANTED.

3. The final decision of the Commissioner of Social Security denying Supplemental Security Income payments to Plaintiff is REVERSED under sentence four of 42 U.S.C. §405(g),

and the case REMANDED to permit the Commissioner to further develop the record and issue a new decision for the following reasons:

> Upon remand, the Commissioner will proffer to Plaintiff a copy of the consultative examination report from July 2013 by Homi Cooper, M.D, prior to issuing a new decision. The Commissioner will also re-evaluate the medical evidence of record, specifically including the medical opinion evidence as required by the Commissioner's regulations, and issue a new decision. If needed, the Commissioner will obtain vocational expert testimony on Plaintiff's ability to perform other work existing in significant numbers in the national economy. Plaintiff will be given the opportunity to supplement the record and articulate the effects of her impairments on her ability to work prior to the Commissioner's new decision.

4. The Clerk is directed to enter a judgment, accordingly.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 28, 2015.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record