UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA MARIE RUDY,

    Plaintiff,

v.                                      Case No: 6:15-cv-965-Orl-22DAB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. No. 23) filed on December 31, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 25, 2016 (Doc. No. 24), is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees is hereby GRANTED in part.

3. Plaintiff is hereby awarded fees of $2,751.82. The Clerk is directed to enter a judgment in the amount of $2,751.82 for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412(d).

**DONE** and **ORDERED** in Orlando, Florida on February 9th, 2016.

_____
JOHN ANTOON II
United States District Judge
(signed in the absence of
Anne C. Conway)

Copies furnished to:

Counsel of Record